RECEIVED
MAR - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAFAEL A. LLOVERA LINARES,<br>    Petitioner | CIVIL ACTION<br>1:13-CV-3297 |
| VERSUS | |
| DEPARTMENT OF HOMELAND<br>SECURITY,<br>    Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Llovera's motion for a preliminary injunction (Doc. 6) is DENIED for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Llovera's habeas petition/motion for permanent injunctive relief (Doc. 1) is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit due to the district court's lack of subject matter jurisdiction.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 6th day of March 2014.

                                              JAMES T. TRIMBLE
                                    UNITED STATES DISTRICT JUDGE